# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| **TEX PAT, LLC,** | § | |
| *Relator*, | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 5:11-cv-00007** |
| **OTTO BOCK HEALTHCARE GMBH, et al.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants*. | § | |
| | § | |

## ORDER OF DISMISSAL

Relator Tex Pat, LLC ("Relator") and defendants Otto Bock HealthCare GmbH, Otto Bock HealthCare LP, Otto Bock HealthCare U.S., Inc., Otto Bock HealthCare North America, Inc., Otto Bock Suisse AG, and Otto Bock Orthopadische Industrie KG (collectively, "Defendants"), have settled all of the claims asserted by Tex Pat in this case, and that could have been asserted by Tex Pat in this case, and request that this case be dismissed with prejudice to the re-filing of the same. The Court, having considered this request, is of the opinion that the request for dismissal should be granted.

**SIGNED this 4th day of April, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE